FILED ON DEMAND

FILED

# UNITED STATES DISTRICT COURT

for the
_____ District of _____
_____ Division

2023 MAR 21 PM 3:59

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY **EEC**

Julie Tanser

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Verizon

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. LACV23-02124-DSF-Ex
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**   Julie Tanser

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name   Julie Tanser   also NY
Street Address   21111 Wood Ave
City and County   Torrance CA 90503
State and Zip Code   CA
Telephone Number   (912) (424) 591-2542
E-mail Address   Julie82146@gmail.com
                  Julie82146@

B. **The Defendant(s)**   Verizon

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                          Verizon
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fraud

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* Verizon, is incorporated under the laws of the State of *(name)* CALIF / NY
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

          Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff
Printed Name of Plaintiff

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Julie Jansen                                Verizon
Plaintiff                                    Defendant

Fraud

money was supposed to be cleared from my balance owed. They ~~didif~~ were given several tickets by the customer service dept to do that. 2 supervisors okayed that. The financial department refused. Everything they asked me to prove re: returning a phone, I did. They just wouldn't cooperate and they caused me tremendous distress.

also they didn't have accurate records of my phones so if they were stolen I couldn't ask Assurion to replace them. I tried.

                Julie Jansen

☰  M Gmail            🔍  in:sent

Compose

Snoozed

**Sent**

**Drafts**       599

[Gmail]

  Coupons

  **Hotel info**      7

  Travel

[Imap]/Drafts

Notes

**Unwanted**      2

More

**Meet**

New meeting

Join a meeting

**Hangouts**

 Julie           +

Switch to Chat in Gmail
Hangouts will soon be
replaced by Google Chat.
Learn more

 Julie Keye
    Invitation sent

 Chip Keye
    Invitation sent

 Lisi Keye
    Invitation sent

 alfredpmartin@gmail.com

---

## Re: Verizon Wireless (CASE 2790970)

**Julie Tanser** <julie82146@gmail.com>
to Verizon

Good morning Marshall,

Okie dokie.. Where do I start?
The very latest fraud should probably be first.

A sim card was switched for a line ending 2980.
That was the line my IPAD MINI 5th Generation
had. (You should look at a history of whatever was on **that** number. It is

A Samsung tablet 7SFE ?? was bought in NYC.. It wasn't working righ
    Ipad mini fifth generation. It never got updated or listed
(until very recently.)

My account number is (310) 977-0740
That was my main phone number.
There are many iphones listed on that line.

My Note 10 was stolen. My daughter gave me an old SE 5.
The SE 5 was left in a Pinellas Park Verizon.
The wanted to charge it even though it was broken. Then they forgot to

My getting a Note 10 replacing my free Note 9, was the issue I spoke to
This SE 5 was paid off at the price of my Note 10.

I am exhausted.

Julie Tanser


On Wed, Jan 26, 2022, 11:17 AM Julie Tanser <julie82146@gmail.com>
  Good Morning Marshall,

Thank you for contacting me.
I just tried to leave a voicemail, but yours is full.
I am available to talk, just let me know what time works best for you.

≡  M Gmail          Q  in:sent

Verizon

Compose

Snoozed                               Sincerely,

**Sent**

**Drafts**                    599

[Gmail]                               Crystal | Verizon Wireless Executive Relations

  Coupons

  **Hotel info**              7     -----Original Message-----
                                      From: julie82146@gmail.com
  Travel                      Sent: 02/10/2022 00:07 EST
                                      To: VZW CERS HQ Executive Relations
[Imap]/Drafts                         Cc:
                                      Subject: Re: Re: Verizon Wireless (CASE 2790970) (C/
  Notes
                                      Dear Crystal,
  **Unwanted**           2    Please contact me at your earliest convenience just to r
                                      Also, Verizon stated that I promised to pay over $1000 k
  More                        There is no set up on the internet connection to Verizon

**Meet**                              I am more than willing to cooperate, and I hope thst you

  New meeting                 I am listed as having 4 lines, phones I havdn't had and t

  Join a meeting              I have 2 lines.  Thank you,
                                      Julie Tanser

**Hangouts**                          On Tue, Feb 8, 2022, 12:44 PM Verizon Wireless Execu

J  Julie                      +         Hello Julie Tanser,

Switch to Chat in Gmail
Hangouts will soon be
replaced by Google Chat.                My name is Crystal, and I work in the Executive Office of \
Learn more                              the delay in the responses to your correspondences and fo

  Julie Keye               To ensure a seamless and timely resolution, I will be assis
    Invitation sent

  Chip Keye                I appreciate your flexibility and understanding, and will be
    Invitation sent

  Lisi Keye                Sincerely,
    Invitation sent

  alfredpmartin@gmail.com        Crystal | Verizon Wireless Executive Relations

Verizon

# Bill

**Current Bill**   Changes   Next Bill   History

# Heads up, your bill is overdue.
# $1,402.76

**Dec 27 - Jan 26**   See What's Changed

Your bill of $1,402.76 is due on Feb 18. Pay your balance to avoid a late fee on your next bill. You've made a payment of $25.00 towards this bill.
Account #  0673348966-00001

You saved $8.42 in discounts. View details

It is past your promise to pay date of Feb 13.
Make a payment now to avoid collections activity.

Manage payment arrangement

Paper-free Billing disabled: Enable

Click here to **add** a reminder in your device calendar.

**Enroll in Auto Pay**   **Payment options**

**Account charges**   $1. 

 Home    **Account**    Shop    Verizon Up    More



4/3/2022  Case 2:23-cv-02124-SB-SK   Document 1   Filed 03/21/23   Page 10 of 10   Page ID
#:10
da14d516-681f-442f-9ecd-d552d80c2d67.jpg

## My Own Personal Pet Peeves

### Just a few things I deal with every day..

I had a brand new suitcase stolen with all my clothes, jewelry and documents, from a restaurant on Central Park South in NYC. They insist their insurance doesn't cover it.

A second suitcase was stolen within days, along with clothes I bought to replace some of what I lost in the first suitcase.

Apple technicians compromised and ruined many of my files on my computer, so now it is hard for me to print my books.

I had 4 phones stolen. One was mysteriously returned. It was broken. My laptop was stolen and replaced with one that looked like it.

My dogs feet got trapped in an escalator accident **on the day before my birthday.** They are now impounded and I can't see them.

Someone at a health club forgot to give me back my id so it was impossible to get a hotel that night.

I received a T-Mobile bill for $440. I haven't been with T-Mobile for months.

Verizon, who I am with, wouldn't get back to me to resolve a problem from Dec. 31, 2017. After an FCC complaint I thought it was being resolved and at the last minute the woman I had been working things out with was taken off the case. They lied and changed the offer.
FCC will not do anything so it is still not resolved.

Bank of America has made it absolutely impossible to know that my balance is accurate. The balance shows that I have more money than I actually do. I have shown them proof. I have had over 12 overdrafts totaling approx. $700, none are my fault. This never happened in all the years I have been with B of A. They will not give the money back.

I had fraud on my American Express. They called it a "dispute". It went to the wrong department because of the wording. Then the files disappeared for all the calls I made. I was on the phone for 2 and a half hours being given incorrect information. It went to collection.

My Volvo was involved in hit & run on the freeway, totaling it.

I bought a used car with air conditioning and brought it to a dealer to check out. When they gave it back there was no air conditioning. Under the License plate was an auction license plate.

I leased a "smart car" and I was towed twice late at night because either the car broke down, or it ran out of electricity.

I brought my laundry to a washer-dryer place, and unbeknownst to me they only did half, and they still had the other half.

I have strange reactions a few hours after I eat. Sometimes I get very talkative, sometimes sad, and sometimes I get so furious that if anyone heard me they would never know that I am not ordinarily like that. My nails also get black. I absolutely believe I am being drugged on an almost daily basis.

I have photos of marks and bruises on my body, and pajamas that were slit from top to bottom AFTER I woke up. They were fine when I went to sleep. And there's more! And I didn't even get to anything personal yet!

### So....Persecuted or Paranoid?
### (or is it all coincidence?)

### The companies I have had incredible problems with:

**Marriott BonVoy Hotels** - In **2000** a lot of hotels changed hands and were renovated.

I had a reservation at a Residence Inn. My pocketbook was either lost or stolen as I was traveling to New York from LI. I called the hotel because I know they ask for a hard copy of the credit card. I worked it out with the front desk because I stayed there quite often and my membership was Platinum Elite.
I walked quite a long distance at night. The shift changed and now I wasn't allowed to stay there. I called BonVoy and they wouldn't allow me to stay at any of their hotels even though they had all my information and I had spent thousands of dollars at their hotels. I was kicked out at 2 am on a rainy night and had no place to go. I am 74 yrs. old and I slept outside on the sidewalk.

**Sheraton** NYC. I stayed in beautiful rooms. Just a few problems. People got in while I was sleeping. Adjoining doors closed at night, open in the morning. Another time there were BIG spots of what looked like blood. I have photos and a review on Yelp. On top of that I was given a great monthly rate. Then much later I found out they charged me DAILY in addition to that rate 😊 ‼️

I had problems at so many hotels I wrote about it on my website: JTanserDesign.com

**Greyhound** is another company that I hate. But it seems that in **2000** they took over a lot of bus companies, so there is very little choice.
They have literally taken 2 dog carrying cases filled with documents and suitcases of clothes they were supposed to put on buses that never got put on the correct bus.
Beautiful clothes that I can't seem to get back. Now they don't even have a phone you can call. And there are absolutely no apologies, no nothing‼️

**Verizon** changed hands in approx. **2000**. They did so many things to me that they ended up giving me a Samsung Galaxy Note 9 phone, a Galaxy Book and over $700 in credit. THEY DON'T DO THAT‼️ You can imagine what they must have done. But it didn't stop there. They committed what I consider a TERRIBLE wrong after that and now my monthly bill is so high I can't believe it. And they won't correct it. Why? I believe they want me to leave so they can get rid of all the evidence of what they did‼️ Sleeze to the max.

**Avis and Budget.** Sometimes great, but oh those other times were real winners. And I think they changed hands in **2000** as well.

I rented a car in DC and drove to FLA. I tried to return the car to 3 locations in Fla and couldn't. I had to drive ALL THE WAY BACK TO DC in order to return the car 😊 ‼️
I had no intention of going back there but I had no choice. Another time I rented a car at a different location. I was on my way driving to NY when I received a call telling me I had to come all the way back or they would CALL THE POLICE AND SAY IT WAS STOLEN 😊 ‼️
I'm not kidding ‼️ ‼️ ‼️ ‼️ I called customer service, he explained the problem and said it was fine to keep going and told me what I needed to do. I kept driving, his advice didn't work and they wouldn't rent to me for quite a while 😊 ‼️

Budget at the airports, especially LAX is why I come back. The BEST ‼️ 👍

**Point of interest:** The fraud dispute w/AmEx had to do with Amazon charging me monthly for something I had NEVER authorized.

**American Express** 😊 😠 😡 😢
Can you tell that I am not happy with them ⁉️
When you tell a company there is fraud and they insist it is a "dispute" and they won't listen or change it for two years, does that sound normal to you?
How about when you call because the account is going to COLLECTIONS and you are trying to get it through their THICK HEADS that it is **FRAUD**‼️ and finally the supervisor understands and says "Don't worry. I will transfer you to the collection dept. and we will get it all straightened out." Finally some common sense.
Then the person in the collection dept. picks up the call and says "Hello. Hello." and hangs up. 😊 **This is after 2 HOURS trying to get to him**‼️ 😊😊😡😡😠😤

**Bank of America**   -   **Don't even get me started**‼️
They also changed in **2000**. Cute.
Never use an ATM while staying at hotels or renting a car‼️ **NEVER**‼️
And when you stay at hotels, check that the confirmation and bill are the **same** amount. Check that any "Hold" gets put back.

**Amazon**
**(Did they change in 2000?)**
I had lots of hits on my books' titles but there was some problem finding them. One title had 873 hits according to a publisher I was working with, and not one sale because they couldn't find the book. (I even saved her email, because who would believe that??)